# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

Case No. 24-243V

| | | |
|---|---|---|
| SHELBY MCDONOUGH, *parent of L.M., a minor*, Petitioner, | * | Chief Special Master Corcoran |
| v. | * | Filed: September 11, 2026 |
| SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent. | * | |

*Christina Ciampolillo,* Conway Homer, P.C., Boston, MA, for Petitioner.

*Meghan Murphy,* U.S. Department of Justice, Washington, D.C., for Respondent.

**DECISION GRANTING FINAL AWARD OF ATTORNEY'S FEES AND COSTS**[1]

On February 16, 2024, Shelby McDonough, on behalf of L.M., filed a petition for compensation under the National Vaccine Injury Compensation Program. [2] Petition (ECF No. 1). Petitioner alleged that L.M. suffered an injection site reaction, including cellulitis and scarring, as a result of receiving several covered vaccines on September 17, 2021. *Id.* A decision awarding damages was issued on February 26, 2025. Decision (ECF No. 27).

Petitioner has now filed a motion for a final award of attorney's fees and costs, requesting a total of $30,381.41 ($28,496.80 in fees and $1,884.61 in costs). Petitioner's Fee Application ("Fee App."), dated May 14, 2026 (ECF No. 40). Respondent reacted to Petitioner's motion, stating that he is satisfied the statutory requirements for a fees award are met in this matter, and

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet**. In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

requesting that I exercise my discretion in determining a reasonable award. Response, dated May 29, 2026 (ECF No. 42). Petitioner has not filed a reply.

Because Petitioner succeeded in this matter, she is entitled to a reasonable award of fees and costs. I have reviewed the billing records submitted with Petitioner's request. The time spent on the matter appears to be reasonable, and I also find no cause to reduce the hourly rates (which pertain to attorneys whose rates have been repeatedly deemed reasonable – and comparable to what will be awarded herein). Respondent has offered no specific objection to the rates or amounts sought.

Furthermore, Petitioner has provided supporting documentation for all claimed costs. Fee App., Tab B. I find the requested costs also to be reasonable and well documented, and will award them in full as well.

The Vaccine Act permits an award of reasonable attorney's fees and costs for successful claimants. Section 15(e). Accordingly, I hereby **GRANT** Petitioner's Motion for final attorney's fees and costs. **Petitioner is awarded the total amount of $30,381.41 (representing $28,496.80 in attorney's fees and $1,884.61 in costs) to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement.**

In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of the Court **SHALL ENTER JUDGMENT** in accordance with the terms of this Decision.[3]

**IT IS SO ORDERED.**

**/s/ Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

[3] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment if (jointly or separately) they file notices renouncing their right to seek review.